**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| IN RE: DOUGLAS G. KUNKLE, CONSTABLE 11TH WARD CITY OF ALLENTOWN, | : No. 49 MM 2022 |
| Petitioner | : |
| v. | : |
| GEOFF MOULTON, PA. COURT ADMINISTRATOR, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

 **AND NOW**, this 22nd day of August, 2022, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.